IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARCBEST II, INC. d/b/a U-PACK,** | 2:21-cv-00627-KJM-AC |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING AND HEARING SCHEDULE** |
| **NICHOLAS OLIVER**, in his official capacity as Chief of the California Bureau of Household Goods and Services; **KIMBERLY KIRCHMEYER**, in her official capacity as Director of the California Department of Consumer Affairs; **LOURDES M. CASTRO RAMIREZ**, in her official capacity as Secretary of the California Business, Consumer Services and Housing Agency; **MATTHEW RODRIQUEZ**, in his official capacity as Acting Attorney General of California; **GAVIN NEWSOM**, in his official capacity as Governor of the State of California, | |
| Defendants. | |

Having received and revised the parties' Stipulation, the Court adopts the following briefing and hearing schedule as set forth in the parties' Stipulation:

1. The hearing on Defendants' Motion to Dismiss, the hearing on Plaintiff's Motion for Summary Judgment, and the Status Conference currently scheduled for August 6, 2021 shall be continued to September 17, 2021. If Defendants file a Cross-Motion for Summary Judgment, that motion will also be heard on September 17, 2021;

2. Defendants' combined opposition and cross-motion for summary judgment shall be due by August 13, 2021;

3. Plaintiff's combined opposition and reply on summary judgment and Plaintiff's opposition to Defendants' Motion to Dismiss shall be due by September 3, 2021;

4. The parties shall file a joint status report on September 3, 2021; and

5. Defendants' reply on summary judgment and reply supporting their Motion to Dismiss shall be due by September 10, 2021.

Dated: July 23, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE